
PLAINTIFF'S EXHIBIT 16

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
CSC   800-858-5294

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
ALSOSUCCFilingsV3@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Alabama Sec. Of State
B# 25-7581595 FS
Date 10/16/2025
Time 05:04 AM   1 Pg
File 251016   $15.00
Access   $9.75
Conv   $4.50
Total   $29.25
9214776

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| HATZOPOULOS | ANASTASIOS | ALEXANDER | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 64 COUNTY ROAD 452 | SECTION | AL | 35771 | USA |

**2. DEBTOR'S NAME:** (blank)

**3. SECURED PARTY'S NAME**
3a. ORGANIZATION'S NAME: Deere & Company

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6400 NW 86TH ST | JOHNSTON | IA | 50131 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

JOHN DEERE 60P 60 P-Tier Compact Excavator S/N: 003721; 24BKT P/N: T10991; THUMB KIT P/N: T11748; together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust   ☐ being administered by a Decedent's Personal Representative

6a. ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
5849405 3259 27882 325927882

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)