**FILED**
2025 Dec-22 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



**T. Dylan Reeves**
Attorney at Law

T 615.762.9050 F 615.296.4716
dreeves@mcglinchey.com



McGlinchey Stafford PLLC
333 Commerce Street, Suite 1425
Nashville, TN 37201

November 21, 2025

Mr. Anastasios Alexander Hatzopoulos
64 County Road 452
Section, AL 35771

      **RE:**    **NOTICE OF DEFAULT**
              Deere & Company Account Numbers: 5832, 5973, 2153, 6952, 2063, 9298, 3715, 5674, 6787,
              8532, 9537, and 2224

Dear Mr. Hatzopoulos:

      McGlinchey Stafford represents Deere & Company ("Deere"). Please direct all future communication to my attention.

      Deere & Company hereby gives notice that you are in default on your accounts ending in 5832, 5973, 2153, 6952, 2063, 9298, 3715, 5674, 6787, 8532, 9537, and 2224.

      You are in breach of your contractual obligations for loan number 6952 because you converted Deere's security interest by selling and relinquishing possession to a third-party without paying all amounts due under the loan.

      Under your agreements with Deere, if Deere determines that you are in default, Deere can declare any other agreements between you and Deere in default. Because you have defaulted on your contractual obligations under loan 6952, Deere is hereby declaring all other agreements between you and Deere in default, which includes the accounts ending in 5832, 5973, 2153, 2063, 9298, 3715, 5674, 6787, 8532, 9537, and 2224.

      Deere demands that you immediately pay all amounts owed to Deere. If you do not do so on or before November 25, 2025, Deere may file a legal action. Deere reserves all legal rights and remedies.

      Please do not ignore this letter. Time is of the essence.

              Very truly yours,

              McGlinchey Stafford PLLC

              T. Dylan Reeves

**mcglinchey.com**

Albany  Baton Rouge  Birmingham  Boston  Cleveland  Dallas  Fort Lauderdale  Houston  Irvine
Jackson  Jacksonville  **Nashville**  New Orleans  New York City  Providence  Seattle  Washington, DC