# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Deere & Company

**(b)** County of Residence of First Listed Plaintiff: Foreign
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dylan Reeves, McGlinchey Stafford, 505 N 20th St, Ste 800, Birmingham, AL 35203, 205-725-6400

## DEFENDANTS
Anastasios Alexander Hatzopoulos, Bussey Brothers Auction Service LLC, Jeff Martin Auctioneers, Inc.

County of Residence of First Listed Defendant: Jackson
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
- Citizen of This State: PTF [ ] 1  DEF [ ] 1
- Citizen of Another State: PTF [ ] 2  DEF [ ] 2; Incorporated and Principal Place of Business In Another State: PTF [ ] 5  DEF [x] 5
- Citizen or Subject of a Foreign Country: PTF [ ] 3  DEF [ ] 3

## IV. NATURE OF SUIT
[x] 190 Other Contract

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC s 1332

Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:
DEMAND $ excess of 75,000
JURY DEMAND: [x] No

## VIII. RELATED CASE(S) IF ANY

DATE: December 21, 2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ T. Dylan Reeves