# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Deere & Company,** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| **Plaintiff,** | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 5:25-cv-02177-LCB** |
| **Anastasios Alexander Hatzopoulos,** | ) | |
| **Bussey Brothers Auction Service LLC,** | ) | |
| **Jeff Martin Auctioneers, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Summons in a Civil Action**

To:  Anastasios Alexander Hatzopoulos
     64 County Road 452
     Section, Alabama 35771

NOTE: A separate summons must be
       prepared for each defendant.

A lawsuit has been filed against you.

     Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

     T. Dylan Reeves
     333 Commerce Street
     Suite 1425
     Nashville, Tennessee 37201

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.


DATE:_____            GREER M. LYNCH, CLERK OF COURT

                                  By:

SEE REVERSE SIDE FOR RETURN       Deputy Clerk

                                       (SEAL OF COURT)


                                  NORTHERN DISTRICT OF ALABAMA
                                  1729 5th Avenue North
                                  Birmingham, Alabama 35203

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
         ***Date***                          ***Authorized or Specially Appointed Process Server***


Costs of Service:  Service fee:                                    $
                   Expenses: _____ miles @ _____ cents       $_____

                                              TOTAL $