FILED
2026 Feb-13 PM 07:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Deere & Company, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: 5:25-cv-02177-LCB |
| Anastasios Alexander Hatzopoulos, | ) | |
| Bussey Brothers Auction Service LLC, | ) | |
| Jeff Martin Auctioneers, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## Summons in a Civil Action

To:   Anastasios Alexander Hatzopoulos
      64 County Road 452
      Section, Alabama 35771

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

T. Dylan Reeves
Spencer Fane LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2/3/26

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: _____

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

RECEIVED

2026 FEB -3  A 11: 13

U.S. DISTRICT COURT
N.D. OF ALABAMA

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __11th__ day of __February__, __2026__, I served this summons together with the complaint as follows:

☑ By personal service on the defendant at __64 COUNTY ROAD 452, SECTION, AL 35771__

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__2-11-26__   _Sheila Brooks_
Date    *Authorized or Specially Appointed Process Server*

Costs of Service:  Service fee:                                 $
Expenses: _____ miles @ _____ cents    $_____
TOTAL $