FILED
2026 Feb-27  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case No.: 5:25-cv-02177-LCB |
| ANASTASIOS ALEXANDER | ) | |
| HATZOPOULOS, BUSSEY BROTHERS | ) | |
| AUCTION SERVICE, LLC, and JEFF | ) | |
| MARTIN AUCTIONEERS, INC. | ) | |
| *Defendants*, | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER**

COMES NOW, Defendant Anastasios Alexander Hatzopoulos, by and through Attorney James W. Parkman, III, and moves this Honorable Court for a 10-day extension of time to file the Answer in the above-styled cause, and as grounds would show the following:

1.  Undersigned counsel was just retained as counsel for Defendant Hatzopoulos today and has not had time to review the Complaint or the file to prepare an Answer.

WHEREFORE, due to the foregoing Counsel prays that this Honorable Court will grant this Motion and issue an Order allowing counsel an additional 10 days in which to file an Answer in the above-styled cause.

Done this the 27th day of February, 2026.

Respectfully submitted,

ATTORNEY FOR DEFENDANT:
/s/ James W. Parkman, III
James W. Parkman, III (PAR032)
850 Corporate Parkway, Suite 100
Birmingham, AL 35242

Phone: 205-573-6001
Email: jim@jimparkmanlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case No.: 5:25-cv-02177-LCB |
| ANASTASIOS ALEXANDER | ) | |
| HATZOPOULOS, BUSSEY BROTHERS | ) | |
| AUCTION SERVICE, LLC, and JEFF | ) | |
| MARTIN AUCTIONEERS, INC. | ) | |
| *Defendants*, | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of February, 2026, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

/s/ James W. Parkman, III
*OF COUNSEL*