FILED

2026 Feb-27  PM 05:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **Deere & Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **5:25-cv-02177-LCB** |
| | ) | |
| **Anastasios Alexander** | ) | |
| **Hatzopoulos, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF NEW CONTACT INFORMATION

The undersigned counsel hereby gives notice that he has joined the law firm

of Spencer Fane, LLP and his new contact information is as follows:

SPENCER FANE, LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300
dreeves@spencerfane.com
mdouglas@spencerfane.com (secondary email)


/s/ Dylan Reeves
Dylan Reeves
SPENCER FANE, LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300
dreeves@spencerfane.com

Attorney for Deere & Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States District Court for the Northern District of Alabama to the parties requesting service by electronic filing, and via U.S. Mail to the following:

Bussey Brothers Auction Service LLC
c/o Grant Bussey, Registered Agent
4938 S State Route 49
Greenville, OH 45331

Jeff Martin Auctioneers, Inc.
c/o URS AGENTS, LLC, Registered Agent
150 W. Market Street, Suite 400
Indianapolis, IN 46204

/s/Dylan Reeves
OF COUNSEL

2