**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| DEERE & COMPANY, | ) |
| *Plaintiff*, | ) |
| | ) |
| VS. | ) |
| | )   Case No.: 5:25-cv-02177-LCB |
| ANASTASIOS ALEXANDER | ) |
| HATZOPOULOS, BUSSEY BROTHERS | ) |
| AUCTION SERVICE, LLC, and JEFF | ) |
| MARTIN AUCTIONEERS, INC. | ) |
| *Defendants*, | ) |

## **ANSWER**

COMES NOW, Defendant Anastasios Alexander Hatzopoulos, by and through undersigned counsel, and in response to Plaintiff's Complaint, and hereby submits his Answer as follows:

## **ADMIT**

Defendant Hatzopoulos admits the following allegations listed in the Complaint under paragraph numbers:

2, 5, 7, 10, 11, 12, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31, 33, 35, 47, 52, 58, 64, 70, 76, 82, 88, 94, 100, 106, and 112.

## **DENY**

Defendant Hatzopoulos denies the following allegations listed in the Complaint under paragraph numbers:

44, 45, 50, 56, 62, 68, 74, 80, 86, 92, 98, 104, 110, 116, 120, 123, 131, and 132.

## <u>NEITHER ADMIT NOR DENY</u>

Defendant Hatzopoulos neither admits nor denies the following allegations listed in the Complaint under paragraph numbers:

1, 3, 4, 6, 8, 9, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 37, 38, 39, 40, 41, 42, 43, 46, 48, 49, 51, 53, 54, 55, 57, 59, 60, 61, 63, 65, 66, 67, 69, 71, 72, 73, 75, 77, 78, 79, 81, 83, 84, 85, 87, 89, 90, 91, 93, 95, 96, 97, 99, 101, 102, 103, 105, 107, 108, 109, 111, 113, 114, 115, 117, 118, 119, 121, 122, 124, 125, 126, 127, 128, 129, and 130.

Furthermore, Defendant Hatzopoulos denies that Plaintiff is entitled to any relief sought in Counts One through Fifteen, including Counts Fourteen A through D.

Done this the 11th day of March, 2026.

Respectfully submitted,

ATTORNEY FOR DEFENDANT:
/s/ James W. Parkman, III
James W. Parkman, III (PAR032)
850 Corporate Parkway, Suite 100
Birmingham, AL 35242
Phone: 205-573-6001
Email: jim@jimparkmanlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| DEERE & COMPANY, | ) |
| *Plaintiff*, | ) |
| | ) |
| VS. | ) |
| | ) |
| ANASTASIOS ALEXANDER | ) |
| HATZOPOULOS, BUSSEY BROTHERS | ) |
| AUCTION SERVICE, LLC, and JEFF | ) |
| MARTIN AUCTIONEERS, INC. | ) |
| *Defendants*, | ) |

Case No.: 5:25-cv-02177-LCB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 11th day of March, 2026, I electronically filed the

foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be

electronically served upon all counsel of record.

/s/ James W. Parkman, III
*OF COUNSEL*