FILED

2026 Mar-20  PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**DEERE & COMPANY,**

    **Plaintiff,**

**v.**

**ANASTASIOS ALEXANDER
HATZOPOULOS, BUSSEY
BROTHERS AUCTION SERVICE,
LLC, and JEFF MARTIN
AUCTIONEERS, INC.,**

    **Defendants.**

**Civil Action No. 5:25-cv-02177-LCB**

---

## NOTICE OF APPEARANCE

---

COMES NOW Christopher S. Hamer of the law firm of Hand Arendall Harrison Sale, LLC, 1801 Fifth Avenue North, Suite 400, Birmingham, Alabama 35203, and hereby enters his appearance as counsel for Defendant Bussey Brothers Auction Service, LLC. The undersigned respectfully requests that he be designated as a lead/notice attorney and that all pleadings, discovery, and other filings be served upon him in this action.

Respectfully submitted,

*/s/ Christopher S. Hamer*
Christopher S. Hamer (ASB-5332-R58H)
*Attorney for Bussey Brothers Auction Service, LLC*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:      chamer@handfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CF/ECM System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

T. Dylan Reeves
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN 37219
615-238-6300
dreeves@spencerfane.com
*Attorney for Plaintiff*

James W Parkman, III
Parkman Law Firm
850 Corporate Parkway, Ste. 100
Birmingham, AL 35242
205-573-6001
jim@jimparkmanlaw.com
*Attorney for Hatzopoulos*

Jeff Martin Auctioneers, Inc.
c/o URS Agents, LLC
150 E. Market Street, Suite 400
Indianapolis, IN 46204
*Pro se at this time*

*/s/ Christopher S. Hamer*
Of Counsel