# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **DEERE & COMPANY,** | |
|     **Plaintiff,** | |
| **v.** | **Civil Action No. 5:25-cv-02177-LCB** |
| **ANASTASIOS ALEXANDER HATZOPOULOS, BUSSEY BROTHERS AUCTION SERVICE, LLC, and JEFF MARTIN AUCTIONEERS, INC.,** | |
|     **Defendants.** | |

## NOTICE OF APPEARANCE

Jerome C. Chapman IV hereby files this Notice of Appearance to represent Defendant Bussey Brothers Auction Service, LLC.  It is respectfully requested that he be listed as a lead/notice attorney and that all pleadings, discovery and court filings be served upon the undersigned in connection with this action.

Respectfully submitted,

*/s/ Jerome C. Chapman IV*
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*An attorney for Bussey Brothers Auction Service, LLC*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5ᵗʰ Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:     jchapman@handfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CF/ECM System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

T. Dylan Reeves
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN 37219
615-238-6300
dreeves@spencerfane.com
*Attorney for Plaintiff*

James W Parkman, III
Parkman Law Firm
850 Corporate Parkway, Ste. 100
Birmingham, AL 35242
205-573-6001
jim@jimparkmanlaw.com
*Attorney for Hatzopoulos*

Jeff Martin Auctioneers, Inc.
c/o URS Agents, LLC
150 E. Market Street, Suite 400
Indianapolis, IN 46204
*Pro se at this time*

/s/ Jerome C. Chapman IV
Of Counsel

2