## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **DEERE & COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 5:25-cv-02177-LCB** |
| **ANASTASIOS ALEXANDER HATZOPOULOS, BUSSEY BROTHERS AUCTION SERVICE, LLC, and JEFF MARTIN AUCTIONEERS, INC.,** | |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

**COMES NOW**, Bussey Brothers Auction Service, LLC, ("BBAS") by and through its undersigned counsel, and moves this Court for a 10-day extension of its time to file a responsive pleading. In support of this request, BBAS states as follows:

1. Its undersigned counsel has spoken with Plaintiff's counsel and confirmed that there is no objection to the requested extension. In the course of that initial telephone conference, the prospect of early resolution was discussed.

2. A short extension of BBAS's time to respond would permit additional time to investigate the prospect of an early resolution.

3. This request is not made for mere delay.

**WHEREFORE, PREMISES CONSIDERED**, BBAS respectfully requests that the Court extend its time to respond to April 2, 2026.

Respectfully submitted,

/s/ Jerome C. Chapman IV
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*An attorney for Bussey Brothers Auction Service, LLC*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:   (205) 324-4400
Facsimile:   (205) 322-1163
E-mail:        jchapman@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CF/ECM System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

T. Dylan Reeves
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN 37219
615-238-6300
dreeves@spencerfane.com
*Attorney for Plaintiff*

2

James W Parkman, III
Parkman Law Firm
850 Corporate Parkway, Ste. 100
Birmingham, AL 35242
205-573-6001
jim@jimparkmanlaw.com
*Attorney for Hatzopoulos*

Jeff Martin Auctioneers, Inc.
c/o URS Agents, LLC
150 E. Market Street, Suite 400
Indianapolis, IN 46204
*Pro se at this time*

                                        */s/ Jerome C. Chapman IV*
                                        Of Counsel