FILED

2026 Mar-24  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case No.: 5:25-cv-02177-LCB |
| ANASTASIOS ALEXANDER | ) | |
| HATZOPOULOS, BUSSEY BROTHERS | ) | |
| AUCTION SERVICE, LLC, and JEFF | ) | |
| MARTIN AUCTIONEERS, INC. | ) | |
| *Defendants*, | ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. The following persons participated in a Rule 26(f) conference on March 16, 2026 by telephone conference:

    a. Bailee Curtis, on behalf of Dylan Reeves, representing Plaintiff Deere & Company.

    b. James W. Parkman, III, representing Defendant Anastasios Alexander Hatzopoulos.

2. The first matter of importance is to try and settle this matter. Plaintiff's counsel and undersigned counsel are in the process of working towards a resolution to settle this case.

Done this the 24th day of March, 2026.

Respectfully submitted,

ATTORNEY FOR DEFENDANT:
/s/ James W. Parkman, III
James W. Parkman, III (PAR032)

850 Corporate Parkway, Suite 100
Birmingham, AL 35242
Phone: 205-573-6001
Email: jim@jimparkmanlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case No.: 5:25-cv-02177-LCB |
| ANASTASIOS ALEXANDER | ) | |
| HATZOPOULOS, BUSSEY BROTHERS | ) | |
| AUCTION SERVICE, LLC, and JEFF | ) | |
| MARTIN AUCTIONEERS, INC. | ) | |
| *Defendants*, | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this the 24th day of March, 2026, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

/s/ James W. Parkman, III
*OF COUNSEL*