FILED
2026 Apr-06  PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **Deere & Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **25-cv-02177-LCB** |
| | ) | |
| **Anastasios Alexander** | ) | |
| **Hatzopoulos, Bussey Brothers** | ) | |
| **Auction Service LLC, Jeff Martin** | ) | |
| **Auctioneers, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PARTIES PLANNING MEETING

The following persons participated in a Federal Rule of Civil Procedure 26(f) conference on March 31, 2026 by telephone:

1.

   Bailee Curtis, representing the Plaintiff;

   Jerome Cochran Chapman, IV, representing Bussey Brothers Auction Service LLC; and

   James Parkman, representing Anastasios Alexander Hatzopoulos.

2. Initial Disclosures. The parties will complete the initial disclosures required by Rule 26(a)(1) by July 30, 2026.

3. Discovery Plan. The parties propose this discovery plan:

   (a) Discovery will be needed on these subjects:
      i. The allegations in Plaintiffs' Complaint;
      ii. The causes of actions alleged in Plaintiffs' Complaint; and
      iii. The factual allegations, denials, and affirmative defenses alleged in Defendant's Answer.
   (b) All discovery to be completed by November 6, 2026.
   (c) Maximum of 25 interrogatories, inclusive of subparts, by each party to any other party. Responses due 45 days after service.

(d)   Maximum of 25 requests for production, inclusive of subparts, by each party to any other party.  Responses due 45 days after service.

(e)   Maximum of 25 requests for admission, inclusive of subparts, by each party to any other party.  Responses due 45 days after service.

(f)   Maximum of 4 depositions by Plaintiffs and 4 by Defendant.

(g)   Each  deposition limited to maximum of 8 hours unless extended by agreement of  parties.

(h)   The parties agree that Reports from retained experts under Rule 26(a)(2) are due from the Plaintiffs by October 15, 2026 and from Defendant by November 15, 2026.

(i)   The parties agree to supplement initial disclosures pursuant to Rule 26(e) in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect.

4.   Other Items:

(a)   The parties do not request a conference with the Court before entry of the scheduling order.

(b)   The parties request until November 15, 2026 for Plaintiffs to join additional parties and amend the pleadings.

(c)   The parties request until December 1, 2026 for Defendants to join additional parties and amend the pleadings.

(d)   The parties agree that potentially dispositive motions are to be filed by December 14, 2026.

(e)   The parties agree to conduct a telephone settlement conference by September 1, 2026. If settlement cannot be reached, the parties agree to discuss mediation of the case with a United States Magistrate Judge or private mediator. The parties agree to file a joint status report following the settlement conference by September 8, 2026.

(f)   The parties agree that January 22, 2027 is the last day for submitting Rule 26(a)(3) witness lists, designations of witnesses  whose testimony will be presented by deposition, and exhibit lists.

(g)   This action should be ready for trial by February 2027.

/s/ Bailee T. Curtis
T. Dylan Reeves
Bailee T. Curtis
*Attorneys For Reliance First Capital LLC*

2

OF COUNSEL:
SPENCER FANE LLP
51 Union Street Ste. 1000
Nashville, TN 37219
615-238-6300
dreeves@spencerfane.com
bcurtis@spencerfane.com

/s/
James Parkman
*Attorney for Anastasios Alexander*
*Hatzopoulos*

OF COUNSEL:
PARKMAN LAW FIRM
850 Corporate Parkway, Ste. 100
Birmingham, AL 35242
205-573-6001
jim@jimparkmanlaw.com

/s/
Jerome Cochran Chapman, IV
*Attorney for Bussey Brothers Auction*
*Service LLC*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile: (205) 322-1163
E-mail: jchapman@handfirm.com

3