FILED
2026 Apr-07  AM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DEERE & COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:25-cv-2177-LCB** |
| | ) | |
| **ANASTASIOS ALEXANDER** | ) | |
| **HATZOPOULOS, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SCHEDULING ORDER

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1.     **Pleadings and Parties**: No causes of action, defenses, or parties may be added without leave of court.

2.     **Discovery Cutoff**:  All discovery must be commenced in time to be completed by November 6, 2026.

3. **Mediation:** Parties are to conduct mediation within 30 days after the close of discovery.

4.     **Dispositive Motions**: All potentially dispositive motions, including *Daubert* motions, must be filed by December 14, 2026.  **Movant must file any briefs and supporting evidence with the motion for summary judgment in order for the submission to be deemed timely.** *Nota bene***:  All potentially dispositive motions *must* comply with all requirements of the Appendix attached to the "Initial Order Governing All Further Proceedings" that was entered in this action**.

5.     **Expert Testimony**: Unless modified by court order for good cause

shown, the disclosures of expert witnesses — including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert — are due:

> From plaintiff by September 7, 2026.

> From defendant by October 7, 2026.

6. **Final Lists**: Lists of trial witnesses and exhibits must be filed by January 18, 2027. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

7. **Trial**: The parties shall be ready for trial by February 2027.

8. **Marking of Exhibits**. Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall premark exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with exhibits being made available for inspection by opposing counsel. Presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** and **ORDERED** this April 7, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE